JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HAOREN MA, | ) |
|     Petitioner, | ) Case No. EDCV 16-0809-JGB (AJW) |
|   v. | ) |
| LORETTA LYNCH, et al., | ) JUDGMENT |
|     Respondents. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: June 30, 2016

_____
Jesus G. Bernal
United States District Judge